IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT IN
AND FOR CHARLOTTE COUNTY,
FLORIDA

CASE NO. 21001062CA

**ANGELO M. CASELLA AND MARILYN S. CASELLA,**

    Plaintiffs,

v.

**CLEAR BLUE INSURANCE COMPANY,**

    Defendant.

_____/

## COMPLAINT

Plaintiffs, **ANGELO M. CASELLA AND MARILYN S. CASELLA**, sue the Defendant, **CLEAR BLUE INSURANCE COMPANY**, and allege as follows:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of prejudgment interest, attorney's fees, and costs.

2. At all material times, Defendant was a corporation, duly authorized and licensed to transact insurance business in the State of Florida. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in Charlotte County, Florida.

3. Plaintiffs reside in Charlotte County, Florida, and are otherwise *sui juris*.

4. Plaintiffs' dwelling, located at 2453 Easy Street, Port Charlotte, FL 33952 (hereafter "the Property"), sustained covered physical loss during the policy.

5. Plaintiffs' dwelling has a drainage plumbing system (hereafter "plumbing system") that has failed, causing the direct physical loss during policy.

6. The plumbing system is encased in the backfill under the concrete floor. The backfill is a construction material used to support Plaintiff's concrete floor. As a result, backfill is a structural component of the dwelling and it becomes displaced when the plumbing system fails.

7. The failed plumbing system will cause further loss until it is replaced and therefore the Plaintiffs must tear out and replace the portions of the building necessary to gain access to the plumbing system.

8. Plaintiffs notified Defendant of the loss caused by the plumbing system.

9. Defendant assigned claim number SWYCBHO13583 to the loss.

10. Defendant assigned a date of loss of December 4, 2020.

11. Defendant insured Plaintiffs' dwelling, pursuant to insurance contract with policy number AL01-157062-00 (hereafter "the Policy").

12. The Policy, including the coverages to protect Plaintiffs against the above loss, was in full force and effect as to the Plaintiffs when Plaintiffs' property was damaged. Plaintiffs are unsure whether Plaintiffs have a complete copy of the policy; however, a complete copy of the Policy has been requested from Defendant and will be produced during discovery.

13. All Conditions precedent to filing this action have been satisfied, waived or defendant is estopped from raising same.

14. On May 10, 2021, Plaintiffs submitted to Defendant a signed contract to perform repairs to Plaintiffs dwelling related to the covered losses. Defendant failed or refused to pay the appropriate amount for the repairs.

15. Defendant has denied coverage for Plaintiffs' losses.

16. As a result, Defendant has failed to pay for all of Plaintiffs' losses.

17. Defendant's failure to pay for all of Plaintiffs' losses is a material breach of contract.

18. As a result of Defendant's material breach of contract, it has become necessary for Plaintiffs to retain the services of the undersigned attorney.

19. Plaintiffs retained counsel to protect their rights under the policy.

**WHEREFORE**, Plaintiffs demand judgment against Defendant for all losses with interest on any overdue payments, plus attorney's fees and costs, pursuant to sections 627.428, 57.041, and 92.231, Florida Statutes, and demands a trial by jury.

Dated this 16th day of September, 2021.

        THE NATION LAW FIRM, LLP

        _/s/ Corey Justus_
        Corey B. Justus, Esquire
        Florida Bar No. 113864
        570 Crown Oak Centre Drive
        Longwood, FL  32750
        Telephone:  (407) 339-1104
        Facsimile:  (407) 339-1118
        Primary Email: rdubique@nationlaw.com
        Secondary Email: cjustus@nationlaw.com
        Attorneys for Plaintiff