# United States District Court
## Middle District of Florida
### Fort Myers Division

| | |
|---|---|
| Angelo M. Casella and Marilyn S. Casella, <br><br> Plaintiffs, <br> vs. <br><br> Clear Blue Insurance Company, <br><br> Defendant. | Case no.:   2:21-cv-00775-SPC-NPM |

## Clear Blue's Notice of Settlement

To:   Court Clerk and all parties.

Clear Blue Insurance Company gives notice the parties attended mediation today, 31 October 2022; and the parties reached a complete settlement. See Local Rule 3.09.

Respectfully Submitted,

Date:   31 October 2022

Franklin Legal Group, PA

By:   s/ Jonathan D. Franklin
Jonathan D. Franklin
Florida bar number: 48577
*Counsel for Clear Blue Ins. Co.*

1 | Page